```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT
```

OHMAR EDWARDS,                   :
                                 :
        Petitioner,       :
                                 :
   v.                            :     File No. 1:11-cv-294-jgm
                                 :
RICARDO S. MARTINEZ,             :
                                 :
        Respondent.       :

<u>OPINION AND ORDER</u>
(Doc. 3)

Petitioner Ohmar Edwards, proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition asks the Court to hold a revocation hearing under Federal Rule of Criminal Procedure 32.1. At the time the petition was filed, jurisdiction over Edwards' supervised release resided with the United States District Court for the Western District of Washington.

The government opposed the petition, but reported that "Petitioner's actual case in the Western District of Washington should soon be transferred to the District of Vermont, giving this Court the jurisdiction to hear Petitioner's request." (Doc. 4 at 1.) The government also acknowledged that if the transfer of jurisdiction occurred, "the Court can then schedule a Rule 32.1 hearing." <u>Id.</u> at 3.

Jurisdiction over Edwards' supervised release was transferred to this Court in an Order docketed February 28, 2012.

See <u>United States v. Edwards</u>, Case No. 5:12-cr-22-cr-jmc (Doc. 1.)  On March 21, 2012, Judge Reiss held a hearing at which Edwards admitted to having violated a condition of his supervised release.  Edwards was subsequently sentenced to twenty-two months' imprisonment for the violation.  Accordingly, the revocation hearing requested in Edwards' petition has now occurred, and the petition is moot.  The petition for writ of habeas corpus (Doc. 3) is therefore DENIED, and this case is DISMISSED without prejudice.

    Dated at Brattleboro, in the District of Vermont, this 24th day of July, 2012.

                                            /s/ J. Garvan Murtha
                                            Honorable J. Garvan Murtha
                                            United States District Judge